# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **DUSTIN MCALISTER**<br>*on behalf of himself and others similarly situated*,<br><br>        Plaintiff,<br><br>vs.<br><br>**FIDELITY BANK**<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 18-cv-2274<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT AGREEEMENT AND RELEASE FOR COLLECTIVE ACTION

COME NOW the named Plaintiff Dustin McAlister, on behalf of himself and the Opt-In Plaintiffs Spencer Davis, Kevin Kraus, and David Rosenthal (all referred to as the "Collective Class Members"), and Defendant Fidelity Bank and move this Court for an order approving the parties' Stipulation of Settlement Agreement and Release.  The parties have filed a supporting memorandum.

WHEREFORE, the Court should grant the Motion and issue the proposed Order because the Settlement Agreement is fair, reasonable, and the product of arm's length negotiations.

1

Respectfully Submitted,



*/s/ Brendan J. Donelon*
Brendan J. Donelon, KS #17420
4600 Madison, Ste. 810
Kansas City, Missouri 64112
Tel:     (816) 221-7100
Fax:    (816) 709-1044
brendan@donelonpc.com

ATTORNEY FOR PLAINTIFF

-and-

| | |
|---|---|
| *Brian N. Woolley* | Tammy M. Somogye |
| Brian N. Woolley | 10851 Mastin Boulevard, Suite 1000 |
| LATHROP GAGE LLP | Overland Park, KS 66210 |
| 2345 Grand Blvd., Ste. 2200 | Tel: (913) 451-5100 |
| Kansas City, MO 64108 | Fax: (913) 451-0875 |
| Tel: (816) 292-2000 | Email: tsomogye@lathropgage.com |
| Fax: (816) 292-2001 | |
| Email: bwoolley@lathropgage.com | |

Frank B. Harty
Nyemaster Goode PC
700 Walnut St., Suite 1600
Des Moines, Iowa 50309

ATTORNEYS FOR DEFENDANT