# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **DUSTIN MCALISTER**<br>*on behalf of himself and others similarly situated*,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**FIDELITY BANK**<br><br>　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 18-cv-2274<br>)<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION FOR
## APPROVAL OF STIPULATION OF SETTLEMENT AGREEMENTAND
## RELEASE FOR COLLECTIVE ACTION

WHEREAS:

　　A.　On November 5, 2019, the Named Plaintiff Dustin McAlister and Defendant Fidelity Bank in the above-captioned action (the "Civil Action"), filed with this Court the Parties' Joint Motion and Memorandum of Law for Approval of Stipulation of Settlement Agreement and Release for Collective Action (the "Motion") (Docs. 39-40) in this collective class action under § 216(b) of the Fair Labor Standards Act, for approval of the Settlement Agreement and Release negotiated and agreed to by the Parties and describing the settlement of this Civil Action (the "Settlement");

　　B.　This Court has duly considered all of the submissions presented with respect to the Motion;

1

C. All capitalized terms in this Order ("Approval Order") that are not otherwise defined have the same meaning as in the Settlement; and

D. The court determines that a hearing in this matter is not required because the parties' submissions reflect that the named plaintiff and each opt-in plaintiff have been notified of the settlement and have agreed to the distribution amounts set forth in the agreement.

NOW THEREFORE, after due deliberation, this Court hereby ORDERS that:

1. This Approval Order will be binding on the Collective Class Members as defined in the Settlement.

2. The Settlement is fair, reasonable and adequate, is in the best interests of the Collective Class Members and should be approved, especially in the light of the benefits to the Collective Class Members accruing therefrom, the thorough discovery and investigation conducted by Collective Class Counsel prior to the Settlement, and the complexity, expense, risks and probable protracted duration of further litigation, including the potential for this matter not being able to proceed via Court certification as a collective class at trial.

3. This Court certifies Dustin McAlister as the Named Plaintiff and representative of the Collective Class Members in the negotiation of the Settlement as established in the Consent Forms filed with this Court by said Collective Class Members.

5. The Parties propose distribution of the settlement checks issued by Defendant within twenty (20) days of the date of this Approval Order and receipt by Defendant of executed IRS form W9 from the Collective Class Members.

7. Collective Class Members shall have ninety days (90) from the date on the settlement checks to cash or otherwise negotiate either settlement check.

8. The Court hereby approves the Collective Class Counsel's request for attorneys' fees of $16,170.00, which is 33% of the Gross Settlement Fund and approves their costs and expenses of $500.00 to be paid from the Gross Settlement Fund.

9. The Settlement is hereby approved in accordance with Section 216 of the Fair Labor Standards Act and shall be consummated in accordance with the terms and provisions thereof.

10. This Civil Action is hereby dismissed in its entirety, on the merits, as against Defendant with prejudice, and without costs to any party, except to the extent otherwise expressly provided in the Settlement. This Court intends this Order of Approval to be "Final" within the meaning of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

11. All Collective Class Members shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting, or

otherwise maintaining in any court or forum any action against the Released Parties for any and all Released Claims arising during the Covered Period.

12. Without affecting the finality of this Approval Order, this Court retains exclusive jurisdiction over the consummation, performance, administration, effectuation and enforcement of this Approval Order. In addition, without affecting the finality of this Approval Order, this Court retains jurisdiction over Defendant, Named Plaintiff and each Collective Class Member for the purpose of enabling any of them to apply to the Court for such further orders and directions as may be necessary or appropriate for the implementation of the terms of the Settlement and this Approval Order. Defendant, the Named Plaintiff and each Collective Class Member are hereby deemed to have submitted irrevocably to the exclusive jurisdiction of this Court for any suit, action, proceeding or dispute relating to this Order of Approval or the Settlement.

13. The Court finds, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay, and directs the Clerk to enter this Approval Order.

**IT IS THEREFORE ORDERED BY THE COURT THAT** the parties' joint motion for approval of stipulation of settlement agreement and release (doc. 39) is granted.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2019, at Kansas City, Kansas.

                                                          s/ John W. Lungstrum  
                                                          John W. Lungstrum  
                                                          United States District Judge